Anali Cortez #307692
Estella M. Cisneros #287733
CALIFORNIA RURAL LEGAL ASSISTANCE INC.
3747 E. Shields Ave.
Fresno, CA 93726
(559) 441-8721
(559) 441-0724 - fax

Blanca A. Bañuelos #231585
CALIFORNIA RURAL LEGAL ASSISTANCE, INC.
145 E. Weber Avenue
Stockton, CA 95202
(209) 946-0609
(209) 946-5730 - fax

## UNITED STATES DISTRICT COURT

## EASTERN DISTRICT OF CALIFORNIA

MANUEL PEREZ, et al.,

                    Plaintiffs,

        v.

GOLD COAST FARMS, LLC, a Limited
Liability Company, MEANS NURSERY, INC.,
an Oregon Corporation, ALL AG, INC., a
California Corporation, and DOES 1 through 10
Inclusive,

                    Defendants.

Case No.: 1:18-CV-00927-DAD-EPG

**STIPULATION FOR LEAVE TO FILE
SECOND AMENDED COMPLAINT;
ORDER**

**1.     Federal Rule of Civil Procedure 15(a)(2)**

        Plaintiffs and Defendants by and through their respective counsel, hereby stipulate and agree as follows, and request that this Court order as follows:

        WHEREAS, Federal Rule of Civil Procedure 15 liberally allows a party to amend pleadings in the furtherance of justice; and

        WHEREAS, the parties to this proceeding agree to allow Plaintiffs to amend their complaint and file the attached Second Amended Complaint ("SAC"); and

        WHEREAS, the parties wish to proceed in this manner as to avoid unnecessary costs and delay and affecting no statute of limitation to prejudice Plaintiffs or Defendants;

        IT IS HEREBY AGREED AND STIPULATED THAT:

1.      Defendants will not suffer any prejudice by the amendments because Defendants have full notice and knowledge of all substantive allegations.

2.      The First Amended Complaint is being amended to correct a defective allegation of the Tenth Cause of Action and the related Prayer for Relief by the addition of reference to Labor Code sections 558 and 2699(f).

4.      Defendants can file an Amended Answer if they deem it necessary. If no Amended Answer to the SAC is filed, their Answers on file will serve as the Answers to the SAC.

IT IS SO STIPULATED.

Dated: November 13, 2018          **CALIFORNIA RURAL LEGAL ASSISTANCE, INC.**

 /s/ Anali Cortez_____
Anali Cortez
Attorneys for Plaintiffs

Dated: November 13, 2018          **MCKAGUE ROSASCO, LLP**

/s/ Erica L. Rosasco (as authorized on 11/13/2018)
Erica L. Rosasco
Attorneys for Defendants Gold Coast Farms, LLC and Means Nursery, Inc.

Dated: November 13, 2018          **CAMPAGNE & CAMPAGNE**

/s/ Justin T. Campagne (as authorized on 11/13/2018)
Justin T. Campagne
Attorneys for Defendant All Ag, Inc.

**<u>ORDER</u>**

Pursuant to the above stipulation of the parties, the Second Amended Complaint is deemed filed and served. Defendants shall serve a response to the amended pleading within 14 days of the date of this order.

IT IS SO ORDERED.

Dated:   **November 14, 2018**        /s/ *Erica P. Grosjean*
UNITED STATES MAGISTRATE JUDGE