**UNITED STATES DISTRICT COURT**

**EASTERN DISTRICT OF CALIFORNIA**

| ANTHONY PEREZ, *et al.*, | Case No. 1:18-cv-00127-AWI-EPG |
|---|---|
| Plaintiffs, | **ORDER ON STIPULATION MODIFYING CASE MANAGEMENT SCHEDULE** |
| v. | |
| CITY OF FRESNO, *et al.*, | (ECF No. 47) |
| Defendants. | |

Pursuant to the stipulation of the parties, (ECF No. 47), and good cause appearing therefor, IT IS HEREBY ORDERED that the Court's Scheduling Order, (ECF No. 29), is further modified as follows:

| *Case Management Event:* | *Prior-Operative Date-Deadline:* | *NEW Date-Deadline:* |
|---|---|---|
| Non-Expert Discovery Cut-Off (Non-Expert Discovery Completion Due) – *As To All Non-Expert Discovery, <u>Except</u> As Provided Below* | February 11, 2019 | **April 12, 2019** |
| Expert Disclosures (Initial) – Service Deadline | March 13, 2019 | **May 13, 2019** |
| Rebuttal-Supplemental Expert Disclosures – Service Due | April 12, 2019 | **May 27, 2019** |
| Expert Discovery Cut-Off (Expert Discovery Completion Due) | May 13, 2019 | **June 12, 2019** |

| Dispositive Motion/MSJ – <u>Filing</u> Deadline (Last Day for Filing Dispositive Motions) | June 27, 2019 | **June 27, 2019 (no change)** |
|---|---|---|
| Last Day for MSJ-Dispositive/Other Motion Hearing | July 22, 2019 | **July 22, 2019 at 1:30 p.m. (no change)** |
| Final Pre-Trial Conference ("PTC") | October 29, 2019 | **October 29, 2019 (no change)** |
| TRIAL | January 13, 2020 | **January 13, 2020 (no change)** |

IT IS SO ORDERED.

Dated: **November 14, 2018**         /s/ *Erica P. Grosjean*
UNITED STATES MAGISTRATE JUDGE