1

2

3

4

5

6

7

8                       UNITED STATES DISTRICT COURT

9                  FOR THE EASTERN DISTRICT OF CALIFORNIA

10

11                                              Case No. 1:18-cv-00927-DAD-EPG

12   MANUEL PEREZ,

13           Plaintiff,                         ORDER (1) SETTING SETTLEMENT
                                                CONFERENCE, (2) REQUIRING
                                                PERSONAL ATTENDANCE BY CERTAIN
14       v.                                     INDIVIDUALS, (3) REQUIRING
                                                SETTLEMENT CONFERENCE
15   GOLD COAST FARMS, LLC,                      STATEMENT MEETING CERTAIN
                                                PARAMETERS, AND (4) SCHEDULING
16                                              PRE-CONFERENCE TELEPHONIC
             Defendant,                          DISCUSSION
17

18

19          Magistrate Judge Jeremy D. Peterson will hold a settlement conference on April 30, 2019,

20   at 10:00 a.m., in Courtroom 6 at the U.S. District Court, 2500 Tulare Street, Fresno, California,

21   93721.  The court expects that the parties will proceed with the settlement conference in good

22   faith and attempt to resolve all or part of the case.  If any party believes that the settlement

23   conference will not be productive, that party shall so inform the court as far in advance of the

24   settlement conference as possible.  Unless otherwise specifically authorized by the court in

25   advance of the settlement conference, the following individuals must attend the settlement

26   conference in person: (1) all of the attorney(s) who will try the case; (2) the parties; and

27   (3) individuals with full authority to negotiate and settle the case, on any terms.

28          No later than one week prior to the settlement conference, each party must submit to

Judge Peterson's chambers at jdporders@caed.uscourts.gov a confidential settlement conference statement. These statements should neither be filed on the docket nor served on any other party. The statements should be marked "CONFIDENTIAL" and should state the date and time of the conference. While brevity is appreciated, each statement must include:

(1) a brief recitation of the facts;

(2) a discussion of the strengths and weaknesses of the case, from your party's perspective;

(3) an itemized estimate of your party's expected costs for further discovery, pretrial, and trial matters, in specific dollar terms;

(4) your best estimate of the probability that plaintiff will prevail should this case proceed to trial, in percentage terms;

(5) your best estimate of recovery by plaintiff should this case proceed to trial and plaintiff prevail, in specific dollar terms;

(6) a history of settlement discussions (including a listing of any current settlement offers from any party, in specific dollar terms), a candid statement of your party's current position on settlement, including the amount that you would offer/accept to settle (in specific dollar terms), and a statement of your expectations for settlement discussions; and

(7) a list of the individuals who will be attending the settlement on your party's behalf, including names and, if appropriate, titles.

Magistrate Judge Jeremy D. Peterson will hold a short, pre-settlement conference telephone discussion on **April 18, 2019 at 3:00 p.m.** (dial-in number: 1-888-204-5984; passcode: 4446176). Only the lead attorney from each side[1] should participate.

IT IS SO ORDERED.

Dated:    April 1, 2019

UNITED STATES MAGISTRATE JUDGE

_____

[1] The court expects that the attorneys participating in the telephone discussion will also attend the settlement conference.