Anali Cortez #307692
Estella M. Cisneros #287733
CALIFORNIA RURAL LEGAL ASSISTANCE INC.
3747 E. Shields Ave.
Fresno, CA 93726
(559) 441-8721
(559) 441-0724 - fax

Blanca A. Bañuelos #231585
CALIFORNIA RURAL LEGAL ASSISTANCE, INC.
145 E. Weber Avenue
Stockton, CA 95202
(209) 946-0609
(209) 946-5730 - fax

*Attorneys for* Plaintiffs

# UNITED STATES DISTRICT COURT

# EASTERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| MANUEL PEREZ, et al.,<br><br>Plaintiffs,<br><br>v.<br><br>GOLD COAST FARMS, LLC, a Limited Liability company, MEANS NURSERY, INC., an Oregon Corporation, ALL AG, INC., a California Corporation, and DOES 1 through 10 Inclusive,<br><br>Defendants. | Case No.: **1:18-CV-00927-DAD-EPG**<br><br>**STIPULATION TO EXTEND TIME FOR SETTLEMENT AGREEMENT FILING; ORDER** |

IT IS HEREBY AGREED AND STIPULATED by and between the parties to this action through their designated counsel that the settlement agreement filing deadline of June 11, 2019 be extended by thirty-six (36) days to July 17, 2019. Additional time is needed due to continued negotiations and counsels' availability.

IT IS SO STIPULATED.

Dated: June 7, 2019	**CALIFORNIA RURAL LEGAL ASSISTANCE, INC.**

/s/_____
Anali Cortez
Attorneys for Plaintiffs

Dated: June 7, 2019	**MCKAGUE ROSASCO, LLP**

_/s/ As Authorized on 06/07/2019_____

Erica L. Rosasco
Attorneys for Defendants Gold Coast Farms, LLC and Means Nursery, Inc.

Dated: June 10, 2019         **CAMPAGNE & CAMPAGNE**

_/s/ As Authorized on 06/10/2019_____
Justin T. Campagne
Attorneys for Defendant All Ag, Inc

## ORDER

**IT IS SO ORDERED** THAT THE ABOVE-STATED STIPULATION hereby becomes final and that the settlement agreement filing deadline be extended to July 17, 2019 with the signing of this ORDER.

IT IS SO ORDERED.

Dated: __**June 10, 2019**__         /s/ Erica P. Grosjean
                                                    UNITED STATES MAGISTRATE JUDGE