Anali Cortez Bulosan #307692
Felipe Rojas-Flores #333977
Estella M. Cisneros #287733
CALIFORNIA RURAL LEGAL ASSISTANCE INC.
3747 E. Shields Ave.
Fresno, CA 93726
(559) 441-8721
(559) 441-0724 - fax

*Attorneys for* Plaintiffs Manuel Perez and Macario Perez

**UNITED STATES DISTRICT COURT**

**EASTERN DISTRICT OF CALIFORNIA**

| | |
|---|---|
| MANUEL PEREZ and MACARIO PEREZ,<br><br>  Plaintiffs,<br><br>  v.<br><br>GOLD COAST FARMS, LLC, a Limited Liability company, MEANS NURSERY, INC., an Oregon Corporation, ALL AG, INC., a California Corporation, and DOES 1 through 10 Inclusive,<br><br>  Defendants. | Case No.: **1:18-CV-00927-DAD-EPG**<br><br>**ORDER RE; JOINT STIPULATION TO VOLUNTARILY DISMISS, WITH PREJUDICE, PLAINTIFFS' INDIVIDUAL CLAIMS**<br><br>**(ECF No. 61)** |

Plaintiffs and Defendants by and through their respective counsel, hereby stipulate and agree as follows, and request that this Court order as follows:

WHEREAS, Federal Rule of Civil Procedure 41(a)(1)(A)(ii) allows a Plaintiff to dismiss an action without a court order via a stipulation of dismissal signed by all the parties who have appeared,

WHEREAS, Federal Rule of Civil Procedure 41(a)(1)(B) requires a plaintiff to state in the notice or stipulation, if the dismissal is with prejudice,

WHEREAS, the parties entered into a Settlement Agreement signed on April 15, 2021, which required Plaintiffs to release all claims against Defendants upon Court approval of the parties Private Attorneys General Act ("PAGA") Settlement Agreement,

WHEREAS, the Court approved the parties' PAGA Settlement Agreement on July 22, 2021,

WHEREAS, the Parties submitted a Joint Status Report on August 23, 2021 and have since performed the terms of the Settlement Agreement,

IT IS HEREBY AGREED AND STIPULATED THAT:

1. Plaintiffs voluntarily dismiss, with prejudice, their individual claims for: (1) failure to pay overtime wages; (2) failure to pay overtime wages under the Fair Labor Standards Act; (3) failure to provide accurate, itemized wage statements; (4) failure to pay all wages when due; (5) failure to reimburse necessary business expenses pursuant to California Labor Code section 2802; (6) failure to pay minimum wages; (7) liquidated damages for failure to pay minimum wages; (8) failure to allow inspection under California Labor Code section 1695; (9) violation of California Business and Professions Code sections 17200, *et seq.*; and (10) violation of the PAGA pursuant to Labor Code section 2698, *et seq.*

IT IS SO STIPULATED.

Dated: February 18, 2022 **CALIFORNIA RURAL LEGAL ASSISTANCE, INC.**

/s/ _____
Anali Cortez Bulosan
Attorneys for Plaintiffs

Dated: February 18, 2022 **MCKAGUE ROSASCO, LLP**

/s/ As Authorized on 2/18/2022_____
Erica L. Rosasco
Attorneys for Defendants Gold Coast Farms, LLC and Means Nursery, Inc.

Dated: February 18, 2022 **CAMPAGNE & CAMPAGNE**

/s/ As Authorized on 2/18/2022_____
Justin T. Campagne
Attorneys for Defendant All Ag, Inc.

## ORDER

In light of the parties' stipulation (ECF No. 61) to dismiss Plaintiff's remaining individual claims, and the prior approval of the PAGA settlement (ECF No. 58), this action has been terminated, Fed. R. Civ. P. 41(a)(1)(A)(ii). Accordingly, the Clerk of Court is directed to close this case.

IT IS SO ORDERED.

Dated:   **February 22, 2022**                       /s/ Erica P. Grosjean
                                                UNITED STATES MAGISTRATE JUDGE